IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-00849-RMR-KAS

CAPITOL HEIGHTS PHARMACY, individually and on behalf of all others similarly situated,

      Plaintiff,

v.

GOODRX, INC.,
GOODRX HOLDINGS, INC.,
CVS CAREMARK CORP.,
EXPRESS SCRIPTS, INC.,
MEDIMPACT HEALTHCARE SYSTEMS, INC., and
NAVITUS HEALTH SOLUTIONS, LLC,

      Defendants.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

      This matter is before the Court on the parties' **Agreed Motion for Extension of Time to Respond to Complaint** [#17] (the "Motion"). In short, the parties state that several related actions are pending transfer to the District of Rhode Island by the United States Judicial Panel on Multidistrict Litigation, although they do not explicitly state that this lawsuit is one of them. In the interest of efficiency given this parallel multidistrict litigation, the parties have all agreed, among other things, on an extension of time for all Defendants to answer or otherwise respond to the Complaint [#1] in this case. Given the parties' agreement and the fact that the requested extension will not impact the setting of a Scheduling Conference, which the Court will do shortly,

      IT IS HEREBY **ORDERED** that the Motion [#17] is **GRANTED**. The deadline for all Defendants to answer or otherwise respond to the Complaint [#1] is extended to **May 19, 2025**. As agreed by the parties, none of the parties shall seek or be required to provide the disclosures or discovery contemplated by Federal Rules of Civil Procedure 26, 30, 31, 33, 34, or 36 until **after May 19, 2025**. As further agreed by the parties, if Defendants answer or otherwise respond to a complaint in a Related Action pending in any district (as defined in the Motion [#17]), Defendants here will concurrently answer or otherwise respond with respect to the Complaint [#1] in this lawsuit.

      Dated: April 8, 2025